[No. 17392-1-II.   Division Two.   October 20, 1995.]

HARMONY PHILLIPS, ET AL., *Appellants*, v. REGGIE R.
LOVELAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-02122-0, Karen B. Conoley, J., entered July 2, 1993. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.


[No. 34421-8-I.   Division One.   October 23, 1995.]

HARVEY H. ALDORT, *Appellant*, v. LYNN KIRPATRICK,
ET AL., *Defendants*, JOE CORBELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-2-00537-1, George McIntosh, J., entered March 16, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 34702-1-I.   Division One.   October 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VANNA
RANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02391-0, Mary Wicks Brucker, J., entered May 25, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 35022-6-I.   Division One.   October 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
DYCOUNSEL SIMUEL AKA MARCUS ELLZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00655-6, Arthur E. Piehler, J., entered August 1, 1994. *Affirmed* by unpublished per curiam opinion.